## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Standard Life and Accident Insurance Company v. Freeman   Case Number: 1:22-cv-00426

An appearance is hereby filed by the undersigned as attorney for:

Jeffrey Freeman and Brian Freeman

Attorney name (type or print): Matthew W. McQuiston

Firm: Stern McQuiston, LLC

Street address: 205 W. Randolph St., Suite 1250

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6293354
(See item 3 in instructions)   Telephone Number: 312/854-1300

Email Address: matt@sternmcquiston.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☑ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☑ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☑ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ☑ No |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C. §1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 3/28/2022

Attorney signature: S/ Matthew W. McQuiston
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015